# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 393 MAL 2020

         Respondent             :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

         v.                        :

                                   :

JOHN HART,                      :

         Petitioner              :

COMMONWEALTH OF PENNSYLVANIA,    :   No. 394 MAL 2020

         Respondent             :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

         v.                        :

                                   :

JOHN HART,                      :

         Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 5th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.